IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TORIN SMITH                                                                                          PLAINTIFF

v.                                            Case No. 4:21-cv-4035

RAJAN PATEL and BHAVIN
INVESTMENTS, INC.                                                                          DEFENDANTS

## JUDGMENT

Before the Court is Plaintiff's Motion for Default Judgment. ECF No. 10. Defendants have not responded, and the time to do so has passed. *See* Local Rule 7.2. The Court finds the matter ripe for consideration.

For the reasons discussed in the Court's order on even date, the Court finds that Plaintiff's Motion for Default Judgment is hereby **GRANTED** as to Defendant Bhavin Investments, Inc. The judgment is for the amount of $42,000, with $21,000 calculated from unpaid minimum wages and overtime, and $21,000 in liquidated damages pursuant to 28 U.S.C § 216(d) and Ark. Code Ann. § 11-4-218(a)(1).

**IT IS SO ORDERED**, this 15th day of November, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge