IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TORIN SMITH                                        PLAINTIFF

v.                      Case No. 4:21-cv-4035

RAJAN PATEL and BHAVIN
INVESTMENTS, INC.                                  DEFENDANTS

## **ORDER**

    Before the Court is Plaintiff's Notice of Dismissal.  ECF No. 22.  Plaintiff states that he is dismissing this case with prejudice.

    A plaintiff "may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."  Fed R. Civ. P. 41(a)(1)(A)(i).  Defendants have not filed an answer or a motion for summary judgment. Accordingly, this action was dismissed upon Plaintiff's notice to the Court of his intent to dismiss. However, the instant order issues for the purpose of maintaining the Court's docket.

    This case is hereby **DISMISSED WITH PREJUDICE**.  If any party desires that the terms of any settlement be a part of the record therein, those terms should be reduced to writing and filed with the Court within thirty (30) days of the entry of this judgment.  The Court retains jurisdiction to vacate this order upon cause shown that any such settlement has not been completed and further litigation is necessary.

    **IT IS SO ORDERED**, this 13th day October, 2022.

                                                             /s/ Susan O. Hickey
                                                             Susan O. Hickey
                                                             Chief United States District Judge