IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TORIN SMITH                                                                                          PLAINTIFF

v.                                         Case No. 4:21-cv-4035

RAJAN PATEL and BHAVIN
INVESTMENTS, INC.                                                                           DEFENDANTS

**ORDER**

Before the Court is Plaintiff Torin's Smith's Motion for Copies, Motion to Reopen Case, and Second Motion to Reopen Case. ECF Nos. 35, 36, & 37.

Plaintiff previously stipulated to dismissal of his case with prejudice. ECF No. 22. The Court acknowledged Plaintiff's stipulation and dismissed his claims with prejudice. ECF No. 24. In response to Plaintiff's first request to reopen this matter (ECF No. 23), then-counsel to Plaintiff stated that scheduled payments to Plaintiff were being made in accordance with a settlement agreement that contained reductions based upon contingency fees. ECF No. 25. Plaintiff later filed a motion to collect more of the settlement than he received, asserting he was entitled to more. ECF No. 33. The Court denied that motion, stating that Plaintiff's dissatisfaction with terms of any settlement did not justify reopening this matter. ECF No. 34.

In the instant motions, Plaintiff continues to contend that he has not received the full amount he sought under the complaint and expresses his desire to reopen this matter. Plaintiff states that he is no longer represented by his prior counsel of record and is currently seeking new counsel. ECF No. 35. Plaintiff asserts that he "never had any communication" with his counsel regarding the settlement and dismissal (ECF No. 36), and that he feels he was "taken advantage of" by his counsel and wants to recover the entire $42,000 sought in his complaint (ECF No. 37).

The Court finds that Plaintiff's motions must be denied. This matter was previously dismissed with prejudice and the parties were directed that the terms of any settlement must be submitted to the Court within thirty days. No party submitted any such terms, and Plaintiff is not alleging that the settlement agreement is not being fulfilled. Instead, Plaintiff's motions continue to express dissatisfaction with the settlement. The Court's role is not to second guess the terms of the settlement reached by the parties or act upon Plaintiff's dissatisfaction with the settlement. Accordingly, Plaintiff's Motion for Copies (ECF No. 35), Motion to Reopen Case (ECF No. 36), and Second Motion to Reopen Case (ECF No. 37) are hereby **DENIED**.

**IT IS SO ORDERED**, this 23rd day of July, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge